

125 Broad Street, 19th Fl.
New York, NY  10004
212.607.3300
212.607.3318
www.nyclu.org

Kevin E. Jason
Staff Attorney
212.607.3393
kjason@nyclu.org

February 22, 2019

**VIA ECF**

Hon. David E. Peebles
United States Magistrate Judge
Federal Building and U.S. Courthouse
P.O. Box 7345
Syracuse, NY  13261

    Re: *T.H. v. City of Syracuse, et al., 5:17-cv-1081 (GTS/DEP)*

Dear Judge Peebles:

    Pursuant to the Court's February 21, 2019 Text Order, Plaintiff provides the following status report. Since our last appearance before the Court, parties' counsel have been working to finalize the supporting documentation for the infant compromise order and are now in the process of collecting signatures from our respective clients. We will file a form consenting to Your Honor's jurisdiction promptly and we expect to file all remaining paperwork by March 1, 2019.

    We appreciate the Court's attention to this matter.

                                                   Respectfully submitted,

                                                   Kevin E. Jason
                                                   Erin Beth Harrist
                                                   Christopher T. Dunn
                                                   *Counsel for Plaintiff*

cc:

Hancock Estabrook, LLP and City of Syracuse Corporation Counsel, *Counsel for Defendants*
(via ECF)