

125 Broad Street, 19th Fl.
New York, NY 10004
212.607.3300
212.607.3318
www.nyclu.org

Kevin E. Jason
Staff Attorney
212.607.3393
kjason@nyclu.org

March 8, 2019

**VIA ECF**

Hon. David E. Peebles
United States Magistrate Judge
Federal Building and U.S. Courthouse
P.O. Box 7345
Syracuse, NY 13261

Re: *T.H. v. City of Syracuse, et al., 5:17-cv-1081 (GTS/DEP)*

Dear Judge Peebles:

On behalf of Plaintiff in the above referenced action, we write to provide a status update on settlement. The parties are still working toward executing the settlement agreement and releases. At this point, we are awaiting the remaining signatures from Defendants.

We appreciate the Court's attention to this matter.

Respectfully submitted,

Kevin E. Jason
Erin Beth Harrist
Christopher T. Dunn
*Counsel for Plaintiff*

cc:

Hancock Estabrook, LLP and City of Syracuse Corporation Counsel, *Counsel for Defendants* (via ECF)