

125 Broad Street, 19th Fl.
New York, NY  10004
212.607.3300
212.607.3318
www.nyclu.org

Kevin E. Jason
Staff Attorney
212.607.3393
kjason@nyclu.org

March 25, 2019

**VIA ECF**

Hon. David E. Peebles
United States Magistrate Judge
Federal Building and U.S. Courthouse
P.O. Box 7345
Syracuse, NY  13261

Re: *T.H. v. City of Syracuse, et al., 5:17-cv-1081 (GTS/DEP)*

Dear Judge Peebles:

Pursuant to the Court's March 11, 2019 Text Order, Plaintiff provides the following status report: Plaintiff is awaiting signatures from Defendants and has been told that such signatures may be procured by the end of the week.

We appreciate the Court's attention to this matter.

Respectfully submitted,

Kevin E. Jason
Erin Beth Harrist
Christopher T. Dunn
*Counsel for Plaintiff*

cc:

Hancock Estabrook, LLP and City of Syracuse Corporation Counsel, *Counsel for Defendants* (via ECF)