UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
T.H., by his parent and natural guardian
TIESHA SHEPHERD,

                  Plaintiff,

                  v.

CITY OF SYRACUSE; SERGEANT DENNIS
REGIN, in his individual and official capacities;
and OFFICER ANTHONY FIORINI, in his
individual and official capacities,

                  Defendants.
------------------------------------------------------------x

**DECLARATION OF COUNSEL IN SUPPORT OF MOTION FOR AN INFANT COMPROMISE ORDER**

No. 5:17-cv-1081 (GTS/DEP)

      **Kevin E. Jason**, an attorney duly licensed to practice law in the State of New York and admitted to practice in the Northern District of New York, declares, pursuant to 28 U.S.C. § 1746, the following to be true under the penalty of perjury:

      1.    I, Kevin E. Jason, am a staff attorney of the New York Civil Liberties Union, and am counsel for the infant plaintiff, T.H.

      2.    I am fully familiar with the facts and circumstances concerning the within action.

      3.    I believe that the settlement negotiated between plaintiff and the City of Syracuse is fair, reasonable, adequate, compensatory, and in the best interests of the infant.

      4.    I have recommended accepting the settlement because the terms are consistent with T.H.'s wishes, and because it is my belief that protracted litigation would place a great burden on T.H.

1

5. I am not related to the infant herein, or to any party in this action or proceeding.

6. Neither I, nor any member of the New York Civil Liberties Union, became concerned in the settlement at the instance of a party or person opposing, or with interests adverse to, the infant, directly or indirectly, nor received, nor will receive, any compensation from such party, nor represented and do not now represent any other person asserting a claim arising from the same occurrence.

7. On December 20, 2016, the infant plaintiff, T.H., and his mother, Tiesha Shepherd, retained the New York Civil Liberties Union by written retainer for services including the representation of T.H. in filing a notice of claim pursuant to the New York General Municipal Law § 50-e for the incident that occurred on September 27, 2016.[1]

8. On September 25, 2017, the infant plaintiff, T.H., and his mother, Tiesha Shepherd, retained the New York Civil Liberties Union by written retainer to represent T.H., in the matter of *T.H. v. City of Syracuse, et al*.

9. Pursuant to the terms of the September 25, 2017 retainer, I rendered the following services in this matter, including: conducting a full and complete investigation of the facts of this matter, drafting summonses, drafting and amending a complaint, conducting motion practice, effecting service of process, drafting discovery demands and responses, engaging in various correspondences, consulting with and retaining an expert, preparing for depositions, making court appearances in person and by phone, conducting legal research, participating in mediation, negotiating a settlement, and maintaining communication with the client and his guardian, Tiesha Shepherd.

---

[1] Plaintiff's brother, T.M.H., was also a party to this retainer. T.M.H. has not filed a claim.

10. In accordance with the terms of both retainers referenced above, the New York Civil Liberties Union will not be collecting any fees or costs for the legal services rendered in this matter.

11. T.H. brought this action alleging that two police officers subjected him to excessive force on September 27, 2016.

12. A copy of the hospital documentation from September 27, 2016 and September 28, 2016, describing the medical treatment he received and the injuries he sustained, is attached as **Exhibit A**.

13. There are no outstanding medical bills with regard to this occurrence.

14. No previous application for the relief sought herein has been made to this or to any court.

                                                    s/ Kevin E. Jason
                                                    Kevin E. Jason

Dated: April 1, 2019
           New York, N.Y.

# Exhibit A



| | | |
|---|---|---|
| UPSTATE UNIVERSITY HOSPITAL-<br>MEDICAL RECORDS<br>750 East Adams Street<br>Syracuse NY 13210<br>Dischrg Instructions |  ,T<br>MRN: 1068999<br>DOB:     2002, Sex: M<br>Adm: , D/C: 9/27/2016 | |

### Discharge Orders
None

### Discharge Instructions
None

### Follow-up Information
None

T█████ H█████
9/27/2016  4:32 PM   ED
MRN: 1068999

Description: **14 year old male**
Department: **Pediatric Emergency Department Uh**

| Date of Service | Department | Billing Number |
|---|---|---|
| 9/27/2016 | Pediatric Emergency Department Uh | |

#### ED Notes by Eva M Freedman, RN at 9/27/2016  4:45 PM

Author: Eva M Freedman, RN        Service: Nursing                          Author Type: Registered Nurse
Filed: 9/27/2016  4:46 PM         Date of Service: 9/27/2016  4:45 PM       Status: Signed
Editor: Eva M Freedman, RN (Registered Nurse)

Pt was in altercation with police per pt's mother. Pt with 1 cm laceration under his chin. Pt denies hitting his head. No LOC per pt.

### END OF REPORT



| UPSTATE UNIVERSITY HOSPITAL-<br>MEDICAL RECORDS<br>750 East Adams Street<br>Syracuse NY 13210<br>ED Visit without scans | ,T<br>MRN: 1068999<br>DOB: ███ 2002, Sex: M<br>Adm: , D/C: 9/27/2016 |
|---|---|

## ED Arrival Information

| Arrival | Means of Arrival | Escorted By | Service | Admission Type |
|---|---|---|---|---|
| 9/27/2016 16:32 | Car/Walk In | Family Member | Emergency Medicine | Emergency |

## Arrival Documentation

**09/27/16 1645**
### Triage Call
Triage Call — Call 1x -EF

**09/27/16 1645**
### Triage Start
Triage Start — Start -EF

**09/27/16 1645**
### Prehospital Treatment
Prehospital Treatment — No -EF

## User Key

(r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name |
|---|---|
| EF | Eva M Freedman, RN |

## Chief Complaint

Assault Victim
Neck Pain
Facial Laceration

## ED Provider Diagnosis

None

## ED Treatment Team

None

## Vitals

| Date and Time | Temp | Pulse | Resp | BP | BP Method | SpO2 | Weight | MAP (Monitor) | Arterial Line BP | MAP | Arterial Line Location | Art Line Wave Form | Who |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/27/16 1646 | -- | 65 | 17 | 111/77 | Automatic | 98 % | 60 kg (132 lb 4.4 oz) | -- | -- | -- | -- | -- | CCS |

## Allergies (verified on: 09/27/16)

| Agent | Severity | Comments |
|---|---|---|
| AMOXICILLIN | | |

## Allergy Informant

**09/27/16 1647**
### Allergy
Allergy Informant — Parent

## Home Medications

| | Taking? | Last Dose | Informant | Start Date | End Date | Provider |
|---|---|---|---|---|---|---|
| albuterol (PROVENTIL HFA;VENTOLIN HFA) 108 (90 BASE) MCG/ACT inhaler | | | | -- | -- | Historical Provider, MD |
| albuterol (PROVENTIL) (2.5 MG/3ML) 0.083% nebulizer solution | | | | -- | -- | Historical Provider, MD |
| diphenhydrAMINE (BENADRYL) 25 MG tablet | | | | -- | -- | Historical Provider, MD |



| | | UPSTATE UNIVERSITY HOSPITAL-<br>MEDICAL RECORDS<br>750 East Adams Street<br>Syracuse NY 13210<br>ED Visit without scans | HA█████,T█████<br>MRN: 1068999<br>DOB: ████2002, Sex: M<br>Adm: , D/C: 9/27/2016 |
|---|---|---|---|

### Home Medications (continued)

| | Taking? | Last Dose | Informant | Start Date | End Date | Provider |
|---|---|---|---|---|---|---|
| hydrocortisone 1 % cream | | | | – | , – | Historical Provider, MD |

## Patient History

**Medical**
**as of 9/27/2016**

| Past Medical History | Date | Comments | Source |
|---|---|---|---|
| Asthma | | | Provider |
| Eczema | | | Provider |
| Eczema | | | Provider |
| Impetigo bullosa | | | Provider |

| Pertinent Negatives | Date Noted | Comments | Source |
|---|---|---|---|
| Basal cell carcinoma | 11/5/2012 | | Provider |
| Melanoma | 11/5/2012 | | Provider |
| SQUAMOUS CELL CARCINOMA | 11/5/2012 | | Provider |

Last reviewed by Eva M Freedman, RN on 9/27/2016

**Surgical**
**as of 9/27/2016**

| Past Surgical History | Laterality | Date | Comments |
|---|---|---|---|
| TONSILLECTOMY | | | |
| ADENOIDECTOMY | | | |
| punch biopsy [Other] | | | |

Last reviewed by Eva M Freedman, RN on 9/27/2016

**Family**
**as of 9/27/2016**

| Problem | Relation | Name | Age of Onset | Comments | Source |
|---|---|---|---|---|---|
| Asthma | Mother | | | | Provider |
| Migraines | Father | | | | Provider |
| Asthma | Brother | 2 | | | Provider |
| Lupus | Paternal Grandmother | | | | Provider |

Last reviewed by Eva M Freedman, RN on 9/27/2016

**Family Status**
**as of 9/27/2016**

| Relation | Name | Status | Comments | Sex |
|---|---|---|---|---|
| Mother | | Alive | | |
| Father | | Deceased | | |
| Brother | 2 | Alive | | |
| Paternal Grandmother | | Alive | | |
| Sister | 1 | Alive | | |

Last reviewed by Eva M Freedman, RN on 9/27/2016

**Tobacco Use**

| | Smoking Status | Source | Types | Packs/day | Years Used | Comments | Smoking Start Date | Smoking Quit Date | Smokeless Tobacco Status | Smokeless Tobacco Quit Date |
|---|---|---|---|---|---|---|---|---|---|---|
| as of 9/27/2016 | Passive Smoke Exposure - Never Smoker | Provider | Cigarettes | 0.0 | 0.0 | grandmother smokes | | | Never Used | |

Last reviewed by Eva M Freedman, RN on 9/27/2016

**Alcohol Use**
**as of 9/27/2016**

| Alcohol Use | Source | Drinks/Week | Alcohol/Wk | Comments |
|---|---|---|---|---|
| No | Provider | | | |

Last reviewed by Eva M Freedman, RN on 9/27/2016

**Drug Use**
**as of 9/27/2016**

| Drug Use | Source | Types | Frequency | Comments |
|---|---|---|---|---|
| No | Provider | | 0.00 | |



| | UPSTATE UNIVERSITY HOSPITAL-<br>MEDICAL RECORDS<br>750 East Adams Street<br>Syracuse NY 13210<br>ED Visit without scans | H███████,T███<br>MRN: 1068999<br>DOB: ███/2002, Sex: M<br>Adm: , D/C: 9/27/2016 |
|---|---|---|

**Last reviewed by Eva M Freedman, RN on 9/27/2016**

| **Sexual Activity**<br>as of 9/27/2016 | Sexually Active<br>No | Source<br>Provider | Birth Control | | Partners | Comments |
|---|---|---|---|---|---|---|

**Last reviewed by Eva M Freedman, RN on 9/27/2016**

| **Social ADL**<br>as of 9/27/2016 | ADL Question<br>**None** | Response | Comments | | | Source |
|---|---|---|---|---|---|---|

**Social Doc** — Social Documentation
as of 9/27/2016   Lives with mother and 2 brothers and 1 sister. Maternal grandmother and uncle also live with the family.  No pets. 6th grade at Danforth school. Immunizations ae up to date per mother, state immunization record may be incomplete.

**Last reviewed by Eva M Freedman, RN on 9/27/2016**

**Occupational**   **None**
as of 9/27/2016

| **Socioeconomic**<br>as of 9/27/2016 | Marital Status<br>Single<br>Preferred Language<br>English | Spouse Name<br><br>Ethnicity<br>Not Hispanic | Num of Children<br><br>Race<br>Black or African American | Years Education | Source |
|---|---|---|---|---|---|

**Birth**   **None**

**Add'l Dialysis Info**

| Questions | Responses |
|---|---|
| 2728 Start Date Verified | |
| Dialysis Days | |
| Dialysis Schedule | |

**HIV Screen**

| Questions | Responses |
|---|---|
| Would you like to receive an HIV test? | Does Not Meet Criteria |

**Problem List as of 9/27/2016**                                                Reviewed: **9/29/2015 12:56 PM by Burnett, Matthew J, PA**

| | ICD-10-CM | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Skin infection** | L08.9 | | | 9/26/2013 - Present<br>Entered by<br>Suryadevara,<br>Manika, MD |

**All Meds and Administrations**
(There are no med orders for this encounter)

**Medication Comments**
** No Medication Comments Found **

### All Notes

**"ED Notes by Eva M Freedman, RN"**

| Author: Eva M Freedman, RN<br>Filed: 9/27/2016 4:46 PM<br>Editor: Eva M Freedman, RN (Registered Nurse) | Specialty:<br>Date of Service: 9/27/2016 4:45 PM | Author Type: Registered Nurse<br>Status: Signed |
|---|---|---|



UPSTATE UNIVERSITY HOSPITAL-
MEDICAL RECORDS
750 East Adams Street
Syracuse NY 13210
ED Visit without scans

H,T
MRN: 1068999
DOB: /2002, Sex: M
Adm: , D/C: 9/27/2016

## All Notes (continued)

### "ED Notes by Eva M Freedman, RN" (continued)

Pt was in altercation with police per pt's mother. Pt with 1 cm laceration under his chin. Pt denies hitting his head. No LOC per pt.

Authenticated by Eva M Freedman, RN on 9/27/2016 4:46 PM.

### Physical Diagram

No physical diagram documentation exists for this encounter

### Patient Lines/Drains/Airways Status

Active PICC Line / CVC Line / PIV Line / Drain / Airway / Intraosseous Line / Epidural Line / ART Line / Non Linkable Line / Wound / Decubitus Ulcer
None

### Follow-up Information

None

## Flowsheet (all recorded)

### Allergy Informant

| | 09/27/16 1647 |
|---|---|
| **Allergy** | |
| Allergy Informant | Parent -EF |
| Recorded by | [EF] Eva M Freedman, RN 09/27/16 1647 |

### Immunizations

| | 09/27/16 1647 |
|---|---|
| **Immunizations** | |
| Are patient immunizations up to date? | Yes -EF |
| Recorded by | [EF] Eva M Freedman, RN 09/27/16 1648 |

### Triage Plan

| | 09/27/16 1649 |
|---|---|
| **Suggested ESI** | |
| Does the Patient Need Resuscitation? | 0 -EF |
| Suggested ESI Score | 0 -EF |
| Does the Patient Need Immediate Care? | 2 -EF |
| Suggested ESI Score | 2 -EF |
| Does the Patient Need Any Diagnostic Tests or Treatment? | 3 -EF |
| Suggested ESI Score | 3 -EF |
| Recorded by | [EF] Eva M Freedman, RN 09/27/16 1649 |
| **Triage Plan** | |
| Triage ESI | 3 -EF |
| ED Destination at Downtown Campus (UH) | Peds -EF |
| Triage Complete | Triage Complete -EF |
| Recorded by | [EF] Eva M Freedman, RN 09/27/16 1649 |
| **Armbands** | |
| Arm Bands On | ID;Allergies-Yellow -EF |
| Recorded by | [EF] Eva M Freedman, RN |



UPSTATE UNIVERSITY HOSPITAL-
MEDICAL RECORDS
750 East Adams Street
Syracuse NY 13210
ED Visit without scans

, T
MRN: 1068999
DOB: /2002, Sex: M
Adm: , D/C: 9/27/2016

### Flowsheet (all recorded) (continued)

**Triage Plan (continued)**

**09/27/16 1649**
09/27/16 1649



UPSTATE UNIVERSITY HOSPITAL-
MEDICAL RECORDS
750 East Adams Street
Syracuse NY 13210
ED Visit without scans



H███████,T███
MRN: 1068999
DOB: ███/2002, Sex: M
Adm: , D/C: 9/27/2016

## Flowsheet (all recorded)

### PNEUMO/FLU VACCINES

**09/27/16 1647**

**Pneumo Vaccine**

| | |
|---|---|
| Current pneumococcal immunization status | Previously vaccinated -EF |
| Recorded by | [EF] Eva M Freedman, RN 09/27/16 1648 |

**FLU VACCINE (Please answer from SEPTEMBER thru MAY)**

| | |
|---|---|
| Current Influenza immunization status | Not immunized this fall or winter -EF |
| Recorded by | [EF] Eva M Freedman, RN 09/27/16 1648 |

### Dysphagia

**09/27/16 1648**

**Dysphagia Screening**

| | |
|---|---|
| Recommend Assessment | N/A -EF |
| Recorded by | [EF] Eva M Freedman, RN 09/27/16 1648 |

### Initial Screening

**09/27/16 1648**

**Patient Screening for Fever, Cough and /or Rash**

| | |
|---|---|
| Have you had a Fever in the last 2 weeks? | No -EF |
| Have you had a Cough in the last 2 weeks? | No -EF |
| Have you had a Rash in the last 2 weeks? | No -EF |
| Have you had Shortness of Breath or Difficulty Breathing in the last 2 weeks? | No -EF |
| Recorded by | [EF] Eva M Freedman, RN 09/27/16 1648 |



UPSTATE UNIVERSITY HOSPITAL-
MEDICAL RECORDS
750 East Adams Street
Syracuse NY 13210
ED Visit without scans


MRN: 1068999
DOB: /2002, Sex: M
Adm: , D/C: 9/27/2016

## Flowsheet (all recorded)

### SAFETY Companion

|  | 09/27/16 1649 |
|---|---|
| **Safety Companion** | |
| Safety Companion | No -EF |
| Recorded by | [EF] Eva M Freedman, RN 09/27/16 1649 |

### Focused Assessment

|  | 09/27/16 1646 | 09/27/16 1648 |
|---|---|---|
| **Airway** | | |
| Airway (WNL) | | WNL -EF |
| Recorded by | | [EF] Eva M Freedman, RN 09/27/16 1648 |
| **Breathing** | | |
| Breathing (WNL) | | WNL -EF |
| SpO2 | 98 % -CS | |
| Recorded by | [CS] Charmese C Sanders, Healthcare Technician 09/27/16 1647 | [EF] Eva M Freedman, RN 09/27/16 1648 |
| **Circulation** | | |
| Circulation (WNL) | | WNL -EF |
| Recorded by | | [EF] Eva M Freedman, RN 09/27/16 1648 |
| **Disability** | | |
| Disability (WNL) | | WNL -EF |
| Recorded by | | [EF] Eva M Freedman, RN 09/27/16 1648 |

### Registration Assignment

|  | 09/27/16 1658 |
|---|---|
| **Registration Assignment** | |
| Reg Assignment | -- |
|  | ejw -EW |
| Recorded by | [EW] Elliott J Williams 09/27/16 1658 |



UPSTATE UNIVERSITY HOSPITAL-
MEDICAL RECORDS
750 East Adams Street
Syracuse NY 13210
ED Visit without scans


MRN: 1068999
DOB: /2002, Sex: M
Adm: , D/C: 9/27/2016

## Flowsheet (all recorded)

### Arrival Documentation

|  | 09/27/16 1645 | 09/27/16 1646 |
|---|---|---|
| **Triage Call** | | |
| Triage Call | Call 1x  -EF | |
| Recorded by | [EF] Eva M Freedman, RN 09/27/16 1645 | |
| **Triage Start** | | |
| Triage Start | Start  -EF | |
| Recorded by | [EF] Eva M Freedman, RN 09/27/16 1645 | |
| **Prehospital Treatment** | | |
| Prehospital Treatment | No  -EF | |
| Recorded by | [EF] Eva M Freedman, RN 09/27/16 1645 | |
| **Prehospital Care** | | |
| SpO2 | | 98 %  -CS |
| Recorded by | | [CS] Charmese C Sanders, Healthcare Technician 09/27/16 1647 |

### Vital Signs

|  | 09/27/16 1646 |
|---|---|
| **Height and Weight** | |
| Height Method | Actual  -CS |
| Weight | 60 kg (132 lb 4.4 oz)  -CS |
| Recorded by | [CS] Charmese C Sanders, Healthcare Technician 09/27/16 1647 |
| **Vitals Assessment** | |
| Automatic Restart Vitals Timer | Yes  -CS |
| Recorded by | [CS] Charmese C Sanders, Healthcare Technician 09/27/16 1647 |
| **Vital Signs** | |
| BP | 111/77  -CS |
| BP Method | Automatic  -CS |
| BP Location | Right arm  -CS |
| Patient Position | Sitting  -CS |
| Pulse | 65  -CS |
| Heart Rate Source | Automatic  -CS |
| Resp | 17  -CS |
| Temp src | Oral  -CS |
| SpO2 | 98 %  -CS |
| $Oxygen On/Off (RCP & RN) | Off  -CS |
| O2 Therapy | Room air  -CS |
| Recorded by | [CS] Charmese C Sanders, Healthcare Technician 09/27/16 1647 |
| **Pain Assessment** | |
| Pain Assessment | 0-10  -CS |
| Pain Score | 0  -CS |
| Recorded by | [CS] Charmese C Sanders, Healthcare Technician 09/27/16 1647 |

### Travel Screening

|  | 09/27/16 1632 | 09/27/16 1644 |
|---|---|---|
| **Travel Screening** | | |
| Have you traveled internationally in the past 21 days? | No  -JJ | No  -EF |
| Recorded by | [JJ] June D Jones 09/27/16 1632 | [EF] Eva M Freedman, RN 09/27/16 1645 |

**User Key**                                                                                      (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

 UPSTATE UNIVERSITY HOSPITAL-
MEDICAL RECORDS
750 East Adams Street
Syracuse NY 13210
ED Visit without scans

H█████,T█████
MRN: 1068999
DOB: ███/2002, Sex: M
Adm: , D/C: 9/27/2016

## Flowsheet (all recorded) (continued)

### User Key (continued)
(r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Provider Type | Discipline |
|---|---|---|---|
| JJ | June D Jones | - | - |
| EW | Elliott J Williams | - | - |
| EF | Eva M Freedman, RN | Registered Nurse | Nurse |
| CS | Charmese C Sanders, Healthcare Technician | Technician | Patient Care |

### Stroke Documentation Timeline
No data selected in time range

### Discharge Information

| Discharge Provider | Date/Time | Disposition | Destination |
|---|---|---|---|
| (none) | 09/27/16 1728 | LWBS - Left Without Being Seen By Provider | (none) |

**Comments**
(none)

### Discharge Orders
None

### Current Discharge Medication List
Medication list as of: 9/27/2016  5:28 PM

CONTINUE these medications which have NOT CHANGED

| Medication | AM | Noon | PM | Bedtime |
|---|---|---|---|---|
| albuterol (PROVENTIL HFA;VENTOLIN HFA) 108 (90 BASE) MCG/ACT inhaler | [ ] | [ ] | [ ] | [ ] |
| albuterol (PROVENTIL) (2.5 MG/3ML) 0.083% nebulizer solution | [ ] | [ ] | [ ] | [ ] |
| diphenhydrAMINE (BENADRYL) 25 MG tablet | [ ] | [ ] | [ ] | [ ] |
| hydrocortisone 1 % cream | [ ] | [ ] | [ ] | [ ] |

### Discharge Instructions
None


*  DT83415  *


*  A3010836361  *

 UPSTATE UNIVERSITY HOSPITAL- MEDICAL RECORDS  
750 East Adams Street  MRN: 1068999
Syracuse NY 13210  DOB: /2002, Sex: M
ED Visit without scans  Adm: , D/C: 9/27/2016

# UPSTATE
UNIVERSITY HEALTH SYSTEM

| | |
|---|---|
| PEDIATRIC EMERGENCY DEPARTMENT UH<br>750 East Adams St<br>Syracuse NY 13210-1834<br>315-464-5540 | **Patient:** T▓ H▓<br>**MRN:** 1068999<br>**Age:** 14 y.o.<br>**Sex:** MALE<br>**Adm:** 9/27/2016<br>**D/C:** 9/27/2016 |


MRN: **1068999**

Department: **PEDIATRIC EMERGENCY DEPARTMENT UH**
Date of Visit: **9/27/2016**

## Patient Demographics

| Patient Name | Sex | DOB | Address | Contact Numbers |
|---|---|---|---|---|
| H▓, T▓ | Male | /2002 | SYRACUSE NY 13205 | *Preferred* |

**Upstate Connect**
315-464-8668

Call Upstate Connect for a provider referral or help in setting up your follow up care.

## Current Discharge Medication List

Medication list as of: 9/27/2016 5:28 PM
CONTINUE these medications which have NOT CHANGED

| Medication | AM | Noon | PM | Bedtime |
|---|---|---|---|---|
| **albuterol (PROVENTIL HFA;VENTOLIN HFA) 108 (90 BASE) MCG/ACT inhaler** | [ ] | [ ] | [ ] | [ ] |
| **albuterol (PROVENTIL) (2.5 MG/3ML) 0.083% nebulizer solution** | [ ] | [ ] | [ ] | [ ] |
| **diphenhydrAMINE (BENADRYL) 25 MG tablet** | [ ] | [ ] | [ ] | [ ] |
| **hydrocortisone 1 % cream** | [ ] | [ ] | [ ] | [ ] |

Patient Signature: _____
Date: _____

H▓, T▓ (MR # 1068999 / Acct 10012215348)                              Page 10



| | | |
|---|---|---|
| **UPSTATE** UNIVERSITY HEALTH SYSTEM | UPSTATE UNIVERSITY HOSPITAL-<br>MEDICAL RECORDS<br>750 East Adams Street<br>Syracuse NY 13210<br>ED AVS | H▇▇▇,T▇▇▇<br>MRN: 1068999<br>DOB: ▇▇2002, Sex: M<br>Adm: , D/C: 9/27/2016 |

**T▇▇ H▇▇**
**9/27/2016  4:32 PM   ED**
**MRN: 1068999**

Description: **14 year old male**
Department: **Pediatric Emergency Department Uh**

Date of Service: 9/27/2016
Department: Pediatric Emergency Department Uh
Billing Number:

### ED Notes by Eva M Freedman, RN at 9/27/2016  4:45 PM

Author: Eva M Freedman, RN              Service: Nursing                         Author Type: Registered Nurse
Filed: 9/27/2016  4:46 PM                     Date of Service: 9/27/2016  4:45 PM     Status: Signed
Editor: Eva M Freedman, RN (Registered Nurse)

Pt was in altercation with police per pt's mother. Pt with 1 cm laceration under his chin. Pt denies hitting his head. No LOC per pt.

### END OF REPORT

## Buckley Road Pediatrics, PLLC
Jennifer Sacks, M.D.
7270 Buckley Road
North Syracuse, NY 132122649
Phone: (315)-458-6601

February 27, 2017

Ref:    T▮▮▮  H▮▮▮
        ▮▮▮▮▮
        Syracuse, NY 13224
        Date of Birth : ▮▮/02
        Social Security #:

To whom it may concern:

The above named patient was seen in our office on September 28, 2016 at 1:30pm for an injury he sustained from an altercation.

Sincerely,

*M J Dunbar MD*

Mary Jo Dunbar M.D.

Electronically signed by agent of provider: Stephanie Hubbs on 02/27/2017

Date:  09/28/16                **Buckley Road Pediatrics, PLLC**
Name: T█████ H█████            DOB: ████ 2002 **Sex:** M **Age:** 14 yrs, 1 day **Acct#:** 8399

**CC:** Patient presents for exam after altercation w police yesterday..a fight broke out after school at Roberts and patient and brother went to watch it ..i reviewed video and patient was wrestled to the ground by police ..was in a neck hold and sustained laceration to chin..was seen at upstate er several hours later ..laceration was already healing so nothing to stitch..he was given an appearance ticket for court

**HPI:**

**ROS:**
**Const:** Denies symptoms other than stated above.
**ENMT:** Ears: Denies ear symptoms other than stated above. Nose and Sinuses: Denies nasal or sinus symptoms other than stated above. Mouth and Throat: Denies mouth or throat symptoms other than stated above.
**CV:** Denies symptoms other than stated above.
**Resp:** Denies symptoms other than stated above.
**GI:** Denies symptoms other than stated above.
**GU:** Denies urinary symptoms other than stated above.
**Musculo:** Denies symptoms other than stated above.
**Skin:** Denies skin symptoms other than stated above.
**Neuro:** Denies symptoms other than stated above.
**Endocrine:** Denies symptoms other than stated above.
**Hema/Lymph:** Denies hematologic symptoms other than stated above. Denies lymphatic symptoms other than stated above.

**Meds Prior to Visit:**
  Albuterol Sulfate  (2.5 mg/3ml) 0.083%  1 unit puff every 4 hours as needed
  Cephalexin  250 mg  1 cap by mouth three times a day
  Mupirocin  2 %  apply to affected area twice a day
  Ibuprofen  200 mg  3 tab by mouth three times a day
  Hydrocortisone  2.5 %  apply to affected area twice a day
  Keflex  250 mg  1 by mouth three times a day for 3 weeks
  Prednisone  20 mg  1 tab by mouth twice a day for 3 days then 1 every d for 4 days
  Hibiclens  4 %  use to wash skin twice weekly
  Kenalog  10 mg/ml
  Triamcinolone Acetonide  0.1 %  apply to affected area twice a day
  Proair HFA  108 (90 Base) mcg/Act  2 puff every 4 hours as needed
  Fluticasone Propionate  50 mcg/Act  1 puff twice a day
  Zyrtec Allergy  10 mg  1 by mouth every day every morning
  Colace  50 mg  1 cap by mouth every day

**Allergies:**  Amoxicillin

**Pulse:** 72 **Resp:** 18 **BP:** 118/72 **T:** 98.2 **Wt:** 134lb **Wt Prior:** 136lb as of 08/08/16 **Wt Dif:** -2lb **Wt%:** 81st
**Wt kg:** 60.782 **Wt kg Prior:** 61.690 as of 08/08/16 **Wt kg Dif:** -0.908

**Exam:**
**Const:** Appears healthy. Well nourished, alert and cooperative. No signs of apparent distress present.
**Head/Face:** NCAT.
**Eyes:** EOMI. Conjunctivae clear. PERRL and no iris abnormalities.
**ENMT:** Auditory canals are normal. Tympanic membranes normal landmarks, no fluid or erythema bilaterally. Nares are patent. Nasal mucosa appears normal. Oropharynx: No erythema, exudate or lesions. Tonsils appear normal.
**Neck:** Supple with no significant adenopathy. No masses.
**Resp:** Respiration rate is normal. No intercostal retractions. Lungs are clear to auscultation bilaterally.
**CV:** Rate is regular. Rhythm is regular. No heart murmur appreciated. Extremities: No clubbing, cyanosis or edema. Capillary refill is < 2 seconds.
**GI:** Bowel sounds normal in all four quadrants. Palpation reveals softness, but no distension, organomegaly or tenderness.
**Lymph:** No significant lymphadenopathy.
**Skin:** Skin is warm and dry with healing 2 cm laceration/abrasion left chin
**Neuro:** Alert and oriented x3. Affect is normal for age.


**Assessment #1:**   S00.81xA Abrasion of other part of head, initial encounter
**Care Plan:**

Comments        : keep it clean..next time there is a fight walk away!


*M J Dunbar MD*
Mary Jo Dunbar M.D.

Seen by:  Electronically signed by Mary Jo Dunbar, MD on 09/28/2016