UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
T.H., by his parent and natural guardian
TIESHA SHEPHERD,

                Plaintiff,

                       **[PROPOSED]**
                       **ORDER OF COMPROMISE**

        v.                      No. 17-cv-1081 (GTS/DEP)

CITY OF SYRACUSE; SERGEANT DENNIS
REGIN, in his individual and official capacities;
and OFFICER ANTHONY FIORINI, in his
individual and official capacities,

                Defendants.
---------------------------------------------------------------- x

      Upon the declaration of Tiesha Shepherd, parent and natural guardian of the infant herein, duly sworn to the 25th day of February, 2019; the declaration of T.H., the infant plaintiff, duly sworn to the 25th day of February, 2019; the declaration of Kevin E. Jason, lead attorney for plaintiff, duly sworn to the 1st day of April, 2019; and the stipulation of settlement, and due deliberation having been had thereon, and upon consideration of the issues and claims presented, the discussions related to settlement in resolution of this case, and it appearing that the best interests of the infant plaintiff, T.H., would be served by approval of the proposed compromise in settlement, on the motion of plaintiff's attorney, it is hereby:

      ORDERED, that pursuant to Local Civil Rule 17.1, the parent and natural guardian Tiesha Shepherd, is authorized and empowered, in the interest of her son, T.H., the infant

plaintiff, to resolve the claims she brings on behalf of T.H. against defendants City of Syracuse, Sergeant Dennis Regin, and Officer Anthony Fiorini for consideration provided by the City of Syracuse, in full satisfaction of all claims, inclusive of costs, expenses, and attorneys' fees; and it is further,

ORDERED, that the monetary terms, amounting to the sum of $5,000, shall be paid by the City of Syracuse as hereinafter provided; and it is further,

ORDERED that the payment by the City of Syracuse in the amount of five-thousand dollars ($5,000) to Tiesha Shepherd, as guardian of T.H., shall be <u>placed in a guardianship account for the infant plaintiff</u> at Chase Bank, located at 801 James Street, Syracuse, NY 13203; and it is further,

ORDERED, that the attorney for the plaintiff shall serve a copy of this Order upon said Bank; and it is further,

ORDERED, that this Court retain jurisdiction of this action for enforcing this infant compromise order and for enforcing the terms of the underlying settlement.

Dated: _____ \_\_\_, 2019
      Syracuse, NY

_____
Hon. David E. Peebles
United States Magistrate Judge