UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

T.H., by his parent and natural guardian TIESHA
SHEPHERD,

                                    Plaintiff,

vs.

CITY OF SYRACUSE; SERGEANT DENNIS REGIN, in
his individual and official capacities; AND OFFICER
ANTHONY FIORINI, in his individual and official
capacities,

                                    Defendants.

Civil Action No.: 5:17-CV-1081
(GTS/DEP)

## STIPULATED NOTICE OF VOLUNTARY DISMISSAL

It is hereby stipulated and agreed by undersigned counsel that as a result of a private settlement
this entire action shall be and is voluntarily dismissed without prejudice pursuant to Rule
41(a)(2) of the Federal Rules of Civil Procedure.  The Parties agree to bear their own fees and
costs.  The Court shall retain jurisdiction, as necessary, in the event of a dispute over the
enforcement of the terms of the parties' settlement.

DATED:  April 1, 2019                          **s/**
                              By:    _____

                                     Kevin E. Jason
                                     New York Civil Liberties Union
                                     125 Broad St., New York, NY 10004
                                     *Attorneys for Plaintiff*

DATED:  April 1, 2019                          **s/**
                              By:    _____

                                     John G. Powers, Esq.
                                     Hancock Estabrook LLP
                                     1500 AXA Tower I
                                     100 Madison Street
                                     Syracuse, New York  13202
                                     *Attorneys for Defendants*

**IT IS SO ORDERED.**                          _____
Dated April ___, 2019                          Hon. David E. Peebles
                                               United States Magistrate Judge