

125 Broad Street, 19th Fl.
New York, NY  10004
212.607.3300
212.607.3318
www.nyclu.org

Kevin E. Jason
Staff Attorney
212.607.3393
kjason@nyclu.org

April 2, 2019

**VIA ECF**

Hon. David E. Peebles
United States Magistrate Judge
Federal Building and U.S. Courthouse
P.O. Box 7345
Syracuse, NY  13261

Re: *T.H. v. City of Syracuse, et al., 5:17-cv-1081 (GTS/DEP)*

Dear Judge Peebles:

Per previous discussions with the Court, Plaintiff writes to submit the following documents: Plaintiff's motion to approve the proposed infant compromise order, the supporting declarations for this motion, the proposed order of compromise, and a stipulation of voluntary dismissal pursuant to Rule 41(a)(2). We respectfully request that the Court approve the proposed infant compromise order and so order the stipulation of voluntary dismissal.

Pursuant to Federal Rule of Civil Procedure 5.2 and Local Civil Rule 8.1, Plaintiff has redacted his full name, date of birth, and address in the documents above. Plaintiff also submits, via email to chambers, unredacted versions of these documents and the confidential settlement agreement referenced in the proposed stipulation of voluntary dismissal.

We appreciate the Court's attention to this matter.

Respectfully submitted,

Kevin E. Jason
Erin Beth Harrist
Christopher T. Dunn
*Counsel for Plaintiff*

cc:

Hancock Estabrook, LLP and City of Syracuse Corporation Counsel, *Counsel for Defendants* (via ECF)