UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

T.H., by his parent and natural guardian TIESHA SHEPHERD,

         Plaintiff,

vs.

CITY OF SYRACUSE; SERGEANT DENNIS REGIN, in his individual and official capacities; AND OFFICER ANTHONY FIORINI, in his individual and official capacities,

         Defendants.

Civil Action No.: 5:17-CV-1081 (GTS/DEP)

## STIPULATED NOTICE OF VOLUNTARY DISMISSAL

It is hereby stipulated and agreed by undersigned counsel that this entire action shall be and is voluntarily dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The Parties agree to bear their own fees and costs.

DATED: April 24, 2020

By: **s/Molly K. Biklen**

Molly K. Biklen, Esq.
(Bar Roll #515729)
New York Civil Liberties Union Foundation
125 Broad St., 19th Floor
New York, New York 10004
*Attorneys for Plaintiff*

DATED: April 25, 2020

By: **s/John G. Powers**

John G. Powers, Esq.
(Bar Roll #508934)
Hancock Estabrook LLP
1500 AXA Tower I
100 Madison Street
Syracuse, New York 13202
*Attorneys for Defendants*

David E. Peebles
U.S. Magistrate Judge

Dated: April 29, 2020